THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL BABARE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONEYGRAM PAYMENT SYSTEMS, INC.,<br><br>Defendant. | No. 2:20-cv-00899-MJP<br><br>STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR: JUNE 29, 2020 |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Daniel Babare, and Defendant MoneyGram Payment Systems, Inc. ("MoneyGram") hereby stipulate and agree to extend MoneyGram's deadline to answer or otherwise respond to the complaint by thirty (30) days, to August 5, 2020. No prior requests to extend the response deadline has been made, and extending the deadline to respond to the complaint would not affect any other scheduled dates in the proceeding. The parties have entered into this stipulation because Defendant needs additional time to analyze the claims and issues presented in Plaintiff's complaint.

STIPULATION AND ORDER (No. 2:20-cv-00899-MJP) –1

148666076.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1 | Respectfully Submitted this 29th day of June, 2020.

By: */s/ Nicola C. Menaldo*
Nicola C. Menaldo #44459
Anna M. Thompson #52418
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:   NMenaldo@perkinscoie.com
             AnnaThompson@perkinscoie.com

Attorneys for Defendant
MONEYGRAM PAYMENT SYSTEMS, INC.

By: */s/ Kira M. Rubel*
Kira M. Rubel #. 51691
**THE HARBOR LAW GROUP**
3615 Harborview Drive, NW, Suite C
Gig Harbor, WA 98332-2129
Telephone: 253-251-2955
Email: Kira@theharborlawgroup.com

Manuel Hiraldo (*pro hac vice* to be filed)
**HIRALDO P.A.**
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Telephone: 954-400-4713
Email: MHiraldo@Hiraldolaw.com

Michael Eisenband (*pro hac vice* to be filed)
**EISENBAND LAW, P.A**.
515 E Las Olas Blvd, Suite 120
Fort Lauderdale, Florida 33301
Telephone: (954) 533-4092
Email: MEisenband@Eisenbandlaw.com

Attorneys for Plaintiff and Proposed Class
DANIEL BABARE, individually and on behalf of all others similarly situated

STIPULATION AND ORDER (No. 2:20-cv-00899-MJP) –1

148666076.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

IT IS SO ORDERED.

DATED June 30, 2020.

_Marsha J. Pechman_
Marsha J. Pechman
Senior United States District Judge

STIPULATION AND ORDER (No. 2:20-cv-00899-MJP) –1

148666076.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000