THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL BABARE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONEYGRAM PAYMENT SYSTEMS, INC.,<br><br>Defendant. | No. 2:20-cv-00899-MJP<br><br>ORDER GRANTING MONEYGRAM PAYMENT SYSTEMS, INC.'S MOTION FOR PROTECTIVE ORDER |

Pending before this Court is Defendant MoneyGram Payment Systems Inc. ("MoneyGram")'s Motion for Protective Order (the "Motion"). Having considered the briefs and all other materials submitted by the parties, the arguments of counsel, and all other matters, and good cause appearing:

IT IS HEREBY ORDERED that the Motion is granted. Discovery is stayed pending a decision on MoneyGram's motion to dismiss (Dkt. 22). If MoneyGram's motion to dismiss is not granted, the parties shall submit a joint status report regarding discovery within 7 days of the Court's order on the motion to dismiss.

ORDER
(No. 2:20-cv-00899-MJP) –1

IT IS SO ORDERED.

Dated this 23rd day of October, 2020

_____
HONORABLE MARSHA J. PECHMAN
United States District Judge

Respectfully submitted this 2nd day of October, 2020.

By: */s/ Nicola C. Menaldo*
Nicola C. Menaldo #44459
Anna M. Thompson #52418
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: NMenaldo@perkinscoie.com
AnnaThompson@perkinscoie.com

Attorneys for Defendant
MONEYGRAM PAYMENT SYSTEMS, INC.

ORDER
(No. 2:20-cv-00899-MJP) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000